■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY PINO, Appellant. [851 NYS2d 897]—

No opinion. Order filed. Concur—Andrias, J.P., Friedman, Buckley, McGuire and Moskowitz, JJ.